IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONYA GRAY :
: CIVIL ACTION
v. :
: NO. 16-2193
PRIMECARE MEDICAL, INC., AND :
MONTGOMERY COUNTY :

## ORDER

**AND NOW,** this 25th day of June, 2018, upon consideration of Defendant PrimeCare's Motion for Summary Judgment (ECF No. 19) and Defendant Montgomery County's Motion for Summary Judgment (ECF No. 20) and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part as follows:

1. Summary Judgment is **GRANTED** on Plaintiff's Title VII failure to accommodate claim (Count IV);

2. Summary Judgment is **DENIED** on Plaintiff's Title VII retaliation claim (Count IV);

3. Summary Judgment is **GRANTED** in favor of Montgomery County on Plaintiff's claim for tortious interference (Count VI); and

4. In all other respects, summary judgment is **DENIED**.

**IT IS SO ORDERED.**

                                                                 **BY THE COURT:**

                                                                  **R. BARCLAY SURRICK, J.**